**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IBROYIM MAMARASULOV** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-6211** |
| | : | |
| **ANGELIQUE V. ORTIZ, IAMPIRI'S CORPORATION** | : | |
| | : | |

**ORDER**

**AND NOW**, this 2nd day of September 2026, it is **ORDERED** defendants shall respond to the complaint no later than **September 8, 2026**.

**MURPHY, J.**